NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**In re: AMO DEVELOPMENT, LLC,**
*Appellant*

---

2023-1343, 2023-1344, 2023-1459, 2023-1461

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-00843, IPR2021-00845, IPR2021-00846, and IPR2021-00849.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of AMO Development, LLC's motion to dismiss the above captioned appeals pursuant to Federal Rule of Appellate Procedure 42(b),

2                                                    IN RE: AMO DEVELOPMENT, LLC

IT IS ORDERED THAT:

(1)  The motion for voluntary dismissal is granted.  The appeals are dismissed.

(2)  Each party shall bear its own costs.

FOR THE COURT

April 13, 2023                            /s/ Peter R. Marksteiner
        Date                                Peter R. Marksteiner
                                            Clerk of Court

ISSUED AS A MANDATE: April 13, 2023

cc: United States Patent and Trademark Office